# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHE JORCIN; GOLDY, LLC; CJOG OPERATING COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; CJOG AUTO OPERATING COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CMJ-OP, LLC,

Appellants,

vs.

STACIE ALLEN; AND JANE DOE DANCER I-IV, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

Respondents.

No. 81711

FILED

SEP 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on August 31, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellants to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

20-35586

cc: Hon. Joseph Hardy, Jr., District Judge
Brandon L. Phillips, Attorney At Law, PLLC
Bighorn Law/Las Vegas
Rusing Lopez & Lizardi, PLLC
Eighth District Court Clerk